PS 8
(3/15)

# UNITED STATES DISTRICT COURT
for
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Apr 21, 2025**

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Vargas, Victor Valente | Docket No. | 0980 1:25CR02015-SAB-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Phil Casey, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Victor Valente Vargas, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Alexander C. Ekstrom, sitting in the court at Yakima, Washington, on the 26th day of February 2025, under the following conditions:

**Special Condition #7**: Defendant shall abstain totally from the use of alcohol.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On February 26, 2025, a detention hearing was held before Your Honor, and the defendant was released on pretrial release conditions. On February 28, 2025, the defendant reported to the U.S. Probation Office and reviewed and signed his release conditions, acknowledging an understanding.

**Violation #1**: Mr. Vargas is alleged to be in violation of his pretrial release conditions by consuming alcohol on or about April 7, 2025.

On April 18, 2025, U.S. Probation received an incident report from Triumph Treatment Services, stating Mr. Vargas provided a positive urinalysis (UA) for alcohol on April 9, 2025.

On April 21, 2025, U.S. Probation spoke with Mr. Vargas about the positive UA. Mr. Vargas was honest with probation and admitted to drinking four beers on or about April 7, 2025.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

| | |
|---|---|
| | I declare under the penalty of perjury that the foregoing is true and correct. |
| | Executed on: April 21, 2025 |
| by | s/Phil Casey |
| | Phil Casey<br>U.S. Pretrial Services Officer |

**Re: Vargas, Victor Valente**
**April 21, 2025**
**Page 2**

THE COURT ORDERS

[ ]     No Action
[ ]     The Issuance of a Warrant
[X]     The Issuance of a Summons
[ ]     The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]     Defendant to appear before the Judge assigned to the case.
[X]     Defendant to appear before the Magistrate Judge.
[ ]     Other

*Alexander C. Ekstrom*

Signature of Judicial Officer

4/21/2025

Date